UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
|        v. | ) | NO. 4:98CR00228-01 JMM |
| | ) | |
| SHAUN ERIC BENNETT | ) | |
|     Defendant, | ) | |
|        and | ) | |
| METHODIST FAMILY HEALTH, INC. | ) | |
|     Garnishee | ) | |

## GARNISHMENT ORDER

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an Answer on July 13, 2009, stating that at the time of the service of the Writ the defendant was in the Garnishee's employment and his wages are $11.04 hourly. The defendant is indebted to the United States in the sum of $33,683.39.

On June 18, 2009, the defendant was notified of his right to a hearing and has not requested a hearing to determine exempt property. The United States is entitled to the lesser amount of 25% of the defendant's net wages or the amount by which his disposal earnings for the week exceed thirty times the federal minimum hourly wage.

THEREFORE, IT IS ORDERED that the Garnishee pay the amount determined above of the defendant's net wages per pay period and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the debtor or until further Order of this court.

Said payments should be sent to the United States District Court Clerk, 600 W. Capitol Avenue, Suite A149, Little Rock, Arkansas, 72203.

Dated: July 24, 2009

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE